UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                       :
TAMARA WAREKA,                                         :
                                                       :
                              Plaintiff,               :
                                                       :          25 Civ. 9453 (JPC)
              -v-                                       :
                                                       :          ORDER
NATALIYA PETLYUK, DDS, *et al.*,                       :
                                                       :
                              Defendants.              :
                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 9, 2025, Plaintiff served Defendant Nataliya Petlyuk with copies of the Summons and Complaint.  Dkt. 9.  Petlyuk's deadline to respond to the Complaint was therefore December 30, 2025.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from Petlyuk.  Accordingly, the Court extends *sua sponte* Petlyuk's deadline to respond to the Complaint until January 12, 2026.  If Petlyuk once again fails to respond to the Complaint by her deadline to do so, Plaintiff shall seek a Certificate of Default by January 19, 2026.

Within two days of this Order, Plaintiff shall mail a copy of this Order by First Class Mail to the address at which Petlyuk was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: January 5, 2026
       New York, New York
                                                    _____
                                                           JOHN P. CRONAN
                                                        United States District Judge